FLORA E. GRAVES, Respondent, *v.* FREDERICK L. SANTWAY, Appellant.

(Submitted June 8, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 30, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Wayland F. Ford* for appellant.

*C. W. Thompson* for respondent.

Agree to affirm; no opinion.

All concur, except VANN, J., not sitting.

Judgment affirmed.